## BRIESNICK *v.* BRIESNICK.

*Callaway, J.*—The evidence, though decidedly conflicting, warranted a finding that the plaintiff was entitled to alimony, including attorney's fees; the charge, as a whole, very fully and fairly submitted to the jury the issues in controversy, and even if it was in some respects not entirely accurate, it contained no error which would justify this court in setting aside the verdict, the amount of which was not so large as to necessitate a holding that it was excessive.　　　*Judgment affirmed.*

July 20, 1896.　Argued at the last term. ATKINSON, J., being disqualified, Judge CALLAWAY, of the Augusta circuit, was designated to preside.

Petition for alimony, etc.　Before Judge Sweat.　Glynn superior court.　May term, 1895.

*Symmes & Bennet,* by *Harrison & Peeples,* for plaintiff in error.　*Atkinson & Dunwody,* contra.